# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD GARCIA JARAMILLO, | CV F   06-0625 AWI SMS HC |
| Petitioner, | ORDER ADMINISTRATIVELY CLOSING THIS ACTION AS DUPLICATIVE OF CASE NUMBER CV-F-06-0498 AWI SMS HC |
| v. | |
| WARDEN, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 22, 2006, Petitioner filed the instant petition for writ of habeas corpus. Petitioner is challenging his conviction that occurred on July 15, 2003, in the Kings County Superior Court for conspiracy to transport a controlled substance.  (Petition, at 1.)  Petitioner contends that there was insufficient evidence to support his conviction.  (Id. at 4-5.)

A review of this Court's docket system indicates that on February 1, 2006, Petitioner previously filed a petition for writ of habeas corpus in the United States District Court for the Eastern District of California, Sacramento Division.  The action was transferred to this Court on April 26, 2006.  That case was assigned case number "CV F 06-0498 AWI SMS HC."

The Court has reviewed both of the pending federal petitions listed above and finds that the petitions are identical.  In light of the duplicative nature of the petitions, the latter filed action must be dismissed.

1  Accordingly, it is HEREBY ORDERED that the Clerk of Court shall administratively
2  close this action as duplicative of CV-F06-0498 AWI SMS HC.

4  IT IS SO ORDERED.

5  **Dated:    June 13, 2006**                                    **/s/ Anthony W. Ishii**
   0m8i78                                                          UNITED STATES DISTRICT JUDGE